# Exhibit 1

Video from Deputy Wood's Dashcam

Exhibit on CD that will be manually filed

# Exhibit 1