**Exhibit 2**

Video from Deputy Gamboa's Dashcam

Exhibit on CD that will be manually filed

**Exhibit 2**