AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

EUGENIO ENRIQUE CORONA )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:17-cv-407
)
WASHOE COUNTY DEPUTY SHERIFF )
JASON WOOD and WASHOE COUNTY )
DEPUTY SHERIFF FRANCISCO GAMBOA )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WASHOE COUNTY DEPUTY SHERIFF FRANCISCO GAMBOA
911 E Parr Blvd.
Reno, NV 89512
Phone: (775) 328-3001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luke Busby, Esq.
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*[signature]*
(By) DEPUTY CLERK

July 3, 2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-407

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* FRANCISCO GAMBOA - Washoe County Sheriff. Civil, who is designated by law to accept service of process on behalf of *(name of organization)* FRANCISCO GAMBOA Washoe County Sheriff - Civil on *(date)* 7-3-17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 65 for travel and $ 0 for services, for a total of $ 65 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-3-17

Server's signature

Josiah S. Grote owner Grote Detectors LLC
Printed name and title

PILB # 1788
1325 Airmotive Way St 209
Reno NV 89502
Server's address

Additional information regarding attempted service, etc: